Lucien Van Zanary, Appellant, v. Nathan Diamond, Respondent.— In an action to recover damages for slander and false imprisonment, order granting defendant's motion to strike out portions of the complaint under rule 103, Rules of Civil Practice, in so far as an appeal is taken, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

Charles Winokur, as Committee of the Property of David Winokur, an Incompetent Person, Appellant, v. The Commercial Casualty Insurance Company, Respondent.— In an action to recover on a policy of disability insurance, order denying plaintiff's motion for summary judgment, or for partial summary judgment, affirmed, without costs. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

## Third Department, September, 1941.
### (September 15, 1941.)

The People of the State of New York ex rel. George Bennett, Appellant, v. Walter B. Martin, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Leave to appeal on typewritten record has already been granted. Application to extend time within which to perfect appeal granted and time extended for six months. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York, Respondent, v. Peter Cella, Appellant.— Motion to extend time within which to perfect appeal granted, and time within which to perfect appeal extended for six months. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of Herman B. Elster, Appellant, for an Order and Review under Article 78 of the Civil Practice Act and Section 1265 of the Education Law, against The Board of Regents of the University of the State of New York, Respondent.— Motion for stay. Stay continued until matter is argued in this court, or in the event Judge Russell does not transfer the proceeding to this court, until ten days after the order denying transfer. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by Harry Joffe, Appellant. Frieda S. Miller, as Industrial Commissioner, Respondent.— Motion to prosecute appeal on typewritten record granted. Motion for extension of time within which to perfect appeal granted. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York ex rel. Bernard Kozlowski, Appellant, v. Walter B. Martin, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to prosecute appeal on typewritten record granted and time within which to perfect appeal extended for six months. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

The People of the State of New York, Respondent, v. Calvin Martin, Appellant.— Application to prosecute appeal as a poor person on typewritten record granted, in the event an appeal has been timely taken. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.